# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Samuel Leonard Beckett      **Docket Number:** 09-00635-001
     **PACTS Number:** 44034

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
    UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/31/2006
**Date of Violation Sentence:** 03/30/2011

**Original Offense:** CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE, 21 U.S.C. § 846

**Original Sentence:** 63 months imprisonment; 6 years supervised release.
**Violation Sentence:** 8 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release      **Date Supervision Commenced:** 11-10-11

**Assistant U.S. Attorney:** Fabiana Pierre-Louis, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John Yauch, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | The offender was charged on April 10, 2012, by the South Orange Police Department with Shoplifting. On March 13, 2012, he entered the Emporium Liquor Store and shoplifted a bottle of Ciroc Peach Vodka. Although he was not apprehended at the time, he was identified by their video camera and by members of the South Orange Police Department. |
| | On April 24, 2012, he pled guilty to the shoplifting charge and was sentenced to 90 days in jail and a $358 fine. He is presently detained at the Essex County Correctional Facility. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 5/22/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/24/12
Date
Dennis M. Cavanaugh
U.S. District Judge